[No. 26714-1-I.   Division One.   May 18, 1992.]

MICHAEL BARNETT, *Plaintiff*, v. HAROLD FREEMAN, JR.,
ET AL, *Defendants*.

GERALD B. NETZKY, *Appellant*, v. STRASBURG & LEVY,
P.S., *Respondent*.

Appeal from judgments of the Superior Court for King
County, No. 87-2-16247-8, James J. Dore, J., entered April
30, 1990, and James D. McCutcheon, Jr., J., entered July

17, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Pekelis and Agid, JJ.